1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UTILX CORPORATION, a Delaware corporation,

        Plaintiff,

   v.

NOVINIUM, INC., a Delaware corporation,

        Defendant.

Case No. C09-375MJP

ORDER SETTING TRIAL
DATE & RELATED DATES

| | |
|---|---|
| **JURY TRIAL DATE** | September 13, 2010 at 9:00 a.m. |
| Deadline for joining additional parties | July 14, 2009 |
| Deadline for filing amended pleadings | July 24, 2009 |
| Reports from expert witnesses under FRCP 26(a)(2) due | February 16, 2010 |
| Responding expert reports | March 2, 2010 |
| All motions related to discovery must be filed by and noted on the motion calendar no later than the third Friday thereafter (see CR7(d)) | March 17, 2010 |
| Fact discovery cutoff | April 16, 2010 |
| Expert discovery cutoff | May 4, 2010 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see CR 7(d)) | May 17, 2010 |
| Daubert motions | May 24, 2010 |
| Exchange lists of witnesses and exhibits, with an opportunity to inspect exhibits within a reasonable time thereafter | July 15, 2010 |
| Settlement conference per CR 39.1(c)(2) held no later than | July 15, 2010 |

ORDER SETTING TRIAL DATE & RELATED DATES - 1

| | |
|---|---|
| Mediation per CR 39.1(c)(3) held no later than | August 16, 2010 |
| Parties exchange proposed jury instructions | August 16, 2010 |
| All motions in limine must be filed by and noted on the motion calendar no later than the second Friday thereafter | August 16, 2010 |
| Agreed pretrial order due | September 1, 2010 |
| Pretrial conference | September 3, 2010 at 1:30 p.m. |
| Trial briefs, proposed voir dire questions, proposed jury instructions, and trial exhibits due | September 8, 2010 |
| Length of Jury Trial: | 15-20 days |

These dates are set at the direction of the Court after reviewing the joint status report and discovery plan submitted by the parties. All other dates are specified in the Local Civil Rules. If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day. These are firm dates that can be changed only by order of the Court, not by agreement of counsel or the parties. The Court will alter these dates only upon good cause shown: failure to complete discovery within the time allowed is not recognized as good cause.

If the trial date assigned to this matter creates an irreconcilable conflict, the aggrieved party must notify the Deputy Clerk, Rhonda Miller, in writing within 10 days of the date of this Order and must set forth the exact nature of the conflict. A failure to do so will be deemed a waiver. The parties must be prepared to begin trial on the date scheduled, but it should be understood that the trial may have to await the completion of other cases.

## COOPERATION:

As required by CR 37(a), all discovery matters are to be resolved by agreement if possible. Counsel are further directed to cooperate in preparing the final pretrial order in the format required CR 16.1, except as ordered below.

## EXHIBITS:

ORDER SETTING TRIAL DATE & RELATED DATES - 2

1     The original and one copy of the trial exhibits are to be delivered to chambers five days
2 before the trial date.  Each exhibit shall be clearly marked.  Exhibit tags are available in the
3 Clerk's Office.  The Court hereby alters the CR 16.1 procedure for numbering exhibits:
4 plaintiff's exhibits shall be numbered consecutively beginning with 1; defendant's exhibits shall
5 be numbered consecutively beginning with the next number series not used by plaintiff.
6 Duplicate documents shall not be listed twice: once a party has identified an exhibit in the
7 pretrial order, any party may use it.  Each set of exhibits shall be submitted in individual file
8 folders with appropriately numbered tabs.

**SETTLEMENT:**

10     Should this case settle, the parties shall notify Rhonda Miller as soon as possible at 206-
11 370-8518. Pursuant to GR 3(b), an attorney who fails to give the Deputy Clerk prompt notice of
12 settlement may be subject to such discipline as the Court deems appropriate.

13     DATED this 16th day of June, 2009.

*[signature]*

Marsha J. Pechman
United States District Judge

ORDER SETTING TRIAL DATE & RELATED DATES - 3