THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UTILX CORPORATION, a Delaware corporation,<br><br>  Plaintiff,<br>vs<br><br>NOVINIUM, INC., a Delaware corporation,<br><br>  Defendant. | NO. C09-0375MJP<br><br>DEFENDANT'S FINANCIAL DISCLOSURE |

Pursuant to FRCP 7.1, Defendant Novinium, Inc. submits this Financial Disclosure Statement. Novinium, Inc. has no parent corporation. One publicly held corporation, Nomura Holdings, Inc. through its New Energy & Clean Technology Ventures owns 10% or more of Novinium's stock. The common shares of Nomura Holdings, Inc. are listed on the Tokyo, Osaka, Nagoya and Singapore stock exchanges. The shares are also listed on the New York stock exchange in the form of American Depositary Shares (ADSs) evidenced by American Depositary Receipts (ADRs). Each ADS represents one share of Common Stock.

Dated this 14th day of October, 2009.

GORDON THOMAS HONEYWELL LLP


By /s/ Stephanie Bloomfield_____
    Stephanie Bloomfield, WSBA No. 24251
    sbloomfield@gth-law.com
    Attorneys for Defendant

DEF. FIN. DISCLOSURE - 1 of 1
(C09-0375MJP)
[Defendant Financial Disclosure Statement (2).doc]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565